Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, MC-LAUGHLIN and ANDREWS, JJ. Dissenting: POUND and CRANE, JJ.

---

MARIE WAGNER, Appellant, v. CHARLES H. THIERIOT, Individually and as Executor of OTTO WAGNER, Deceased, Respondent.

*Insurance — decedent's estate — beneficiary named in policy of life insurance may not recover from estate of insured the amount of loans made to insured in his lifetime by insurer on security of policy and deducted from amount paid to beneficiary upon his death.*

*Wagner* v. *Thieriot,* 203 App. Div. 757, affirmed.
(Submitted May 29, 1923; decided June 12, 1923.)

APPEAL, by permission, from a judgment of the Appellant Division of the Supreme Court in the first judicial department, entered January 3, 1923, unanimously affirming a judgment in favor of defendant entered upon an order of Special Term granting a motion for judgment on the pleadings. The defendant's decedent during his lifetime took out two policies of life insurance naming his widow, the plaintiff herein, as beneficiary. In making settlement upon his death the insurers deducted the amount of certain loans made to insured in his lifetime upon the security of the policies. In this action the plaintiff beneficiary seeks to recover from the decedent's estate the amounts so deducted on the theory that they constituted an indebtedness of the decedent which should be paid out of his estate and not out of moneys due to her as beneficiary named in the policies.

*Gustav Lange, Jr.,* for appellant.
*Victor E. Whitlock* for respondent.

Judgment affirmed, with costs, on opinion of MERRELL, J., below.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.